# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BRIAN L. POTASHNIK, *et al.*, | ) NO.: 3:07CR289-M |
| Defendants. | ) ) ) ) ) ) |

## DEFENDANT BRIAN POTASHNIK'S UNOPPOSED MOTION
## TO CONTINUE THE DATE FOR SENTENCING

Brian L. Potashnik, through undersigned counsel, files this unopposed motion for continuance of his sentencing hearing, and further states as follows:

Mr. Potashnik pled guilty to Count 10 of the Indictment against him on June 21, 2009. Pursuant to the Court's February 11, 2010 Scheduling Order for Sentencing [#1191], Mr. Potashnik is currently set for sentencing on Friday, May 7, 2010. However, the government seeks Mr. Potashnik's continued cooperation in additional matters involving this case. Specifically, the government intends to call Mr. Potashnik as a witness at the sentencing hearing for Gladys Hodge, currently scheduled for Tuesday, April 27, 2010, and at the trial of Ronald Slovacek, which has not yet been scheduled.

The extent of Mr. Potashnik's cooperation cannot be completely assessed until after he has completed his cooperation and trial testimony. Accordingly, Mr. Potashnik and the government request that the Court continue his sentencing until after he has completed his cooperation and testimony in the Slovacek trial.

NYK 1295095-2.079863.0011

Counsel for Mr. Potashnik has consulted with Assistant United States Attorney Chad Meacham who has represented that the government consents and agrees with Mr. Potashnik's request to continue the sentencing until after the completion of the Slovacek trial.

WHEREFORE, Defendant Brian L. Potashnik requests that this motion be granted and that the sentencing date be continued until after the trial of Ronald Slovacek.

Dated: April 2, 2010          Respectfully Submitted,

/s/ Obiamaka Madubuko
**MCDERMOTT WILL & EMERY LLP**
Abbe David Lowell (#358651)
600 Thirteenth Street, N.W.
Washington, DC 20005-3096
Telephone: (202) 756-8000

Obiamaka P. Madubuko (PHV)
340 Madison Avenue
New York, New York 10173-1922

*Attorneys for Defendant Brian L. Potashnik*

## CERTIFICATE OF CONFERENCE

On April 2, 2010, I contacted AUSA Chad Meecham regarding the foregoing Motion, and he represented that the government had no objection.

/s/ Obiamaka P. Madubuko
Obiamaka P. Madubuko

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2010, I electronically submitted the foregoing Motion to Compel with the clerk of the Court for the United States District Court, Northern District of Texas, Dallas Division, as well as to all counsel of record, via the electronic case files system (a.k.a. ECF) of the Court. This motion was filed under seal.

/s/ Obiamaka P. Madubuko
Obiamaka P. Madubuko