# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Obiamaka P. Madubuko
Attorney at Law
omadubuko@mwe.com
+1 212 547 5308

June 15, 2010



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 15 2010
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**VIA E-MAIL AND FIRST CLASS MAIL**

Chambers of the Honorable Barbara Lynn
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1572
Dallas, TX 75242-1699

Re: **United States v. Hill, *et al.*, 3:07 CR 289-M**

Dear Judge Lynn:

Mr. Brian Potashnik would like to amend his June 8, 2010 request for permission to travel. Mr. Potashnik's business meetings in Las Vegas, Nevada have been rescheduled for June 16, 2010 through June 18, 2010. Accordingly, Mr. Potashnik seeks to change his travel request for permission to travel from Dallas, Texas to Las Vegas leaving on June 16, 2010, and continuing on to Palm Springs, California on June 18, 2010. Mr. Potashnik will be attending to his mother who is ill and currently lives in an assisted living facility in Palms Springs as well as vacationing with his wife and children in Orange County, California. Mr. Potashnik requests permission to remain in California until July 6, 2010.

Mr. Potashnik will return to Dallas on July 6, 2010. Mr. Potashnik is aware that he will need to personally check in with Probation upon his return to Dallas on July 6, 2010.

There is no objection to this request by AUSA Chad Meacham.

The Honorable Barbara Lynn
June 15, 2010
Page 2

Please indicate the Court's position in this matter if the form below is satisfactory.

Respectfully submitted,

Obiamaka P. Madubuko

OPM/tyr
cc: Lisa Lamb, U.S. Probation Officer

    The Court grants ✓ denies _____ the Defendant's travel request. Comments and/or requirements:_____

Date: 6/15/10

_____
United States District Judge