IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No.: 3:07-cr-289-M-4 |
| BRIAN L. POTASHNIK (4) | § § § § | |

### ORDER

On January 18, 2011, the Clerk of Court acknowledged its receipt of a check for $1,250,000 tendered for the benefit of Brian Potashnik in satisfaction of the forfeiture imposed by the Court as part of Mr. Potashnik's sentence. The clerk is **ORDERED** to release the check to Peter B. Haskel, Chief of Litigation, Dallas City Attorney's Office, or to another agent of the Dallas City Attorney's Office acting in their capacity as such.

**SO ORDERED**.

January 19, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1